USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___07/20/2021____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RICARDO VELASQUEZ,**

                                        **Plaintiff,**

                        **-against-**

**PERFECT HAIRMONY, INC., ET AL.,**

                                        **Defendants.**

**21-CV-02723 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court is in receipt of the parties' letters regarding their respective requests for a

settlement conference and mediation referral. ECF Nos. 12, 20. Defendant First Avenue

Holdings LLC's request for a settlement conference is hereby DENIED. Plaintiff's request for a

mediation referral is hereby GRANTED. The Court will issue a separate mediation referral order

forthwith. However, Plaintiff's request to strike the document at ECF No. 12-1 is hereby

DENIED. The case is hereby STAYED pending the conclusion of the mediation.

**SO ORDERED.**

**Dated:**        **July 20, 2021**
                **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**