# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/22

January 4, 2017

**VIA CM/ECF**
Honorable Magistrate Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, NY 10007

**MEMO ENDORSED**

Re:   Velasquez v. The Perfect Hairmony, Inc. et al
      Case 1:21-cv-02723-ALC

Dear Judge Moses:

The undersigned represents the Plaintiff in the above-captioned matter. A Status Conference is currently scheduled in this matter for October 5, 2022. However, this Conference falls on the feast of Yom Kippur. As Plaintiff's counsel is observant, Plaintiff's counsel will not be attending the October 5th Status Conference and hereby requests an adjournment of said Conference. Therefore, it is respectfully requested that a 30-day adjournment of the Status Conference be granted by the Court to a date most convenient to this Honorable Court.

The undersigned has conferred with opposing counsel who have no objection to the 30-day adjournment of this Conference.

Thank you for your consideration of this first adjournment request for the Status Conference.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com

Application GRANTED. The status conference scheduled for October 5, 2022 is ADJOURNED to **November 9, 2022 at 10:00 a.m.** SO ORDERED.

Barbara Moses
United States Magistrate Judge
September 29, 2022