```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

        Plaintiffs,

-against-

ABSOLUTE HAIRMONY LLC, et al.,

        Defendants.

21-CV-2723 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    An in-person status conference was scheduled in this matter for 10:00 this morning. (Dkt. 50.) Plaintiff's counsel appeared at the conference, but counsel for defendant First Avenue Holdings LLC (First Avenue) did not. When the Court's staff telephoned counsel for First Avenue, counsel stated that the conference was not on their calendar and that they would not be able to make an on-time appearance. The conference proceeded without First Avenue.

    As discussed during the conference, discovery in this matter has closed, and the deadline for submitting motions for summary judgment, or a joint pre-trial order, has passed. However, a settlement conference is scheduled for December 7, 2022. (Dkt. 51.) In order to give the parties every opportunity to resolve this case efficiently, the deadline for the parties to file their joint pre-trial order is EXTENDED to **December 21, 2022**.

    The parties are reminded that the December 7, 2022 settlement conference will begin promptly at 2:15 p.m. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. Attendance is mandatory for each party's lead counsel and for their clients, including (in the case of a corporate client) a decision-maker with authority to settle the case. Failure to attend will result in sanctions. The parties are further reminded that their confidential settlement letters are due on November 30, 2022, in accordance with ¶ 3 of the settlement conference scheduling order.

Dated: New York, New York
       November 9, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**