

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

        Plaintiffs,

-against-

ABSOLUTE HAIRMONY LLC, et al.,

        Defendants.

21-CV-2723 (ALC) (BCM)

**ORDER**

**MEMO ENDORSED**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Ricardo Velasquez filed his Second Amended Complaint on December 19, 2022 (Dkt. 68), and served newly-added defendant Esther Management LLC (Esther Management) on January 5, 2023, making its answer due January 26, 2023. (Dkt. 78.) Esther Management's counsel has not appeared and no answer has been filed.

    It is hereby ORDERED that, if Esther Management has not answered or otherwise responded to the complaint before **February 10, 2023**, plaintiff shall, on that date, apply for a certificate of default.

Dated: New York, New York
       February 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**